**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6047**

---

LAWRENCE MICHAEL HARRISON, SR.,

Plaintiff - Appellant,

versus

WARDEN, Low Security Correctional Institute,
Butner, North Carolina,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CA-99-585-5-F)

---

Submitted: May 11, 2000                    Decided: May 18, 2000

---

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lawrence Michael Harrison, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence Michael Harrison, Sr., appeals the district court's order denying his petition for mandamus relief without prejudice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Harrison v. Warden, No. CA-99-585-5-F (E.D.N.C. Dec. 2, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2